IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY HENDERSON,

    Petitioner,                    No. CIV S-09-2189 DAD P

    vs.

MICHAEL MARTEL,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with the court's order filed October 1, 2009, petitioner has filed a renewed motion for a stay and abeyance.

        Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondent will be directed to file an opposition or a statement of no opposition in response to petitioner's renewed motion for a stay and abeyance.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file an opposition or statement of no opposition in response to petitioner's October 16, 2009 renewed motion for a stay and abeyance within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases;

/////

1

1            2.  If respondent files an opposition to petitioner's motion, petitioner shall file a
2    reply, if any, within fifteen days after service of the opposition; and
3            3.  The Clerk of the Court shall serve a copy of this order together with a copy of
4    petitioner's original petition for writ of habeas corpus (Doc. No. 1), a copy of petitioner's
5    renewed motion for a stay and abeyance (Doc. Nos. 7 & 8), and a copy of the form regarding
6    consent or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney
7    General.
8    DATED: March 3, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11   DAD:9
     hend2189.100mod