IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY HENDERSON,

    Petitioner,               No. 2:09-cv-2189 JAM DAD (HC)

    vs.

MICHAEL MARTEL,

    Warden.                  ORDER

                          /

        On March 20, 2011, petitioner filed a request for status of an appeal. It appears that petitioner's inquiry concerns an appeal from his underlying judgment of conviction which is currently pending in state court. On July 12, 2010, this federal petition for writ of habeas corpus was dismissed without prejudice to petitioner filing a new federal habeas action after his judgment of conviction becomes final. Documents filed by petitioner since the closing date in this action will be disregarded and no orders will issue in response to future filings.

DATED: April 7, 2011.

                                                            DALE A. DROZD
                                                            UNITED STATES MAGISTRATE JUDGE

DAD:12
hend2189.158